UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| KEVIN MICHAEL LEWIS, ) | Case No. 08-48744-705 |
| ) | Judge Kathy A. Surratt-States |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| MOORE AUTOMOTIVE GROUP, INC., ) | **Adversary No. 08-4223-659** |
| ) | |
| ) | PUBLISHED |
| Plaintiff, ) | |
| ) | |
| -v- ) | |
| ) | |
| KEVIN MICHAEL LEWIS, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Upon consideration of the record as a whole and consistent with the Findings of Fact and Conclusions of Law entered separately in this matter,

**IT IS ORDERED THAT** Defendant's Motion for Summary Judgement is DENIED IN PART, in that Summary Judgement is DENIED as to Count I and Count II; and

**IT IS FURTHER ORDERED THAT** Defendant's Motion for Summary Judgment is GRANTED IN PART, in that Summary Judgment is GRANTED as to Count III and judgment is entered in favor of Defendant Kevin M. Lewis and against Plaintiff, Moore Automotive Group as to Count III only.

*Kathy A. Surratt-States*
KATHY A. SURRATT-STATES
United States Bankruptcy Judge

DATED: January 22, 2010
St. Louis, Missouri

-2-

Copies to:

| | |
|---|---|
| Office of the United States Trustee<br>Thomas F. Eagleton U.S. Courthouse<br>111 South 10th Street, Suite 6.353<br>St. Louis, MO  63102 | David G. Wasinger<br>Murphy Wasinger, L.C.<br>1401 South Brentwood Blvd.<br>Suite 550<br>Saint Louis, MO 63144 |
| Kevin Michael Lewis<br>808 Waterford Villas<br>Lake Saint Louis, MO 63367 | Charles W. Riske<br>Attorney at Law<br>231 S. Bemiston, Suite 1220<br>St. Louis, MO 63105 |